# Exhibit 1



P.O. Box 989728
West Sacramento, CA 95798-9728

| To Enroll, Please Call: |
| 1-833-896-6512 |
| Or Visit: |
| https://app.idx.us/account-creation/protect |
| Enrollment Code: <<Enrollment Code>> |

<<First Name>> <<Last Name>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>

December 15, 2022

<<Notice of Data Breach>>

Dear <<First Name>> <<Last Name>>:

Order Express, Inc. ("Order Express") writes to notify you of an incident that may affect the privacy of certain information provided to us. We take this incident seriously and are providing you information about the incident, our response, and resources we are making available to you in an abundance of caution.

**What Happened?** On September 7, 2022, we discovered unusual activity on our computer network and immediately began an investigation, which included working with third-party specialists. The investigation determined an unknown party accessed parts of our computer network without authorization between July 29, 2022 and September 7, 2022. Therefore, we conducted a review of our network to determine the type of information contained therein and to whom the information related. On November 18, 2022, we completed our review and began confirming address information for potentially impacted individuals.

**What Information Was Involved?** The information identified in our review included identification information you may have provided to us, including your name in combination with one or more of the following: <<Compromised Data Elements Specific to Letter Recipient>>.

**What Are We Doing?** In response to this incident, we conducted an investigation and took additional steps to further secure our network. Additionally, in an abundance of caution, we are offering you access to <<12/24>> months of complimentary credit monitoring and identity protection services.

**What You Can Do.** We encourage you to enroll in the credit monitoring and identity protection services we are making available to you at no cost. Information about how to enroll in these services and additional resources available to you is included in the attached *Steps You Can Take to Help Protect Your Information*.

**For More Information.** If you have questions about this matter, we have established a dedicated assistance line, which can be reached at 1-833-896-6512, Monday through Friday, 8 a.m. to 8 p.m. Central Time. You may also write to us at 685 W. Ohio Street, Chicago, IL 60654.

We sincerely regret any concern this incident may cause you. The privacy and security of information is important to us, and we will continue to take steps to protect information in our care.

Sincerely,

Order Express, Inc.

**STEPS YOU CAN TAKE TO HELP PROTECT YOUR INFORMATION**

**Enroll in Credit Monitoring / Identity Protection**

**1**. **Website and Enrollment.** Go to https://app.idx.us/account-creation/protect and follow the instructions for enrollment using your Enrollment Code provided at the top of the letter. The deadline to enroll is March 15, 2023.

**2. Activate the credit monitoring** provided as part of your IDX identity protection membership. The monitoring included in the membership must be activated to be effective. Note: You must have established credit and access to a computer and the internet to use this service. If you need assistance, IDX will be able to assist you.

**3. Telephone.** To enroll by telephone, or to gain additional information about this matter and speak with a knowledgeable representative about the appropriate steps to take to protect your credit identity, please contact IDX at 1-833-896-6512.

**Monitor Your Accounts**

We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your credit reports/account statements for suspicious activity and to detect errors. Under U.S. law, you are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228. Once you receive your credit report, review it for discrepancies and identify any accounts you did not open or inquiries from creditors that you did not authorize. If you have questions or notice incorrect information, contact the credit reporting bureau.

You have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any of the three credit reporting bureaus listed below.

As an alternative to a fraud alert, you have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without your express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a credit freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., III, etc.);
2. Social Security number;
3. Date of birth;
4. Address for the prior two to five years;
5. Proof of current address, such as a current utility or telephone bill;
6. A legible photocopy of a government-issued identification card (e.g., state driver's license or identification card); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft, if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| | | |
|---|---|---|
| **TransUnion** <br> 1-800-680-7289 <br> www.transunion.com <br><br> **TransUnion Fraud Alert** <br> P.O. Box 2000 <br> Chester, PA 19016-2000 <br><br> **TransUnion Credit Freeze** <br> P.O. Box 160 <br> Woodlyn, PA 19094 | **Experian** <br> 1-888-397-3742 <br> www.experian.com <br><br> **Experian Fraud Alert** <br> P.O. Box 9554 <br> Allen, TX 75013 <br><br> **Experian Credit Freeze** <br> P.O. Box 9554 <br> Allen, TX 75013 | **Equifax** <br> 1-888-298-0045 <br> www.equifax.com <br><br> **Equifax Fraud Alert** <br> P.O. Box 105069 <br> Atlanta, GA 30348-5069 <br><br> **Equifax Credit Freeze** <br> P.O. Box 105788 <br> Atlanta, GA 30348-5788 |

**Additional Information**

You can further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.

You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC. This notice has not been delayed by law enforcement.

*For Maryland residents*, the Maryland Attorney General may be contacted at 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-888-743-0023; and www.oag.state.md.us. Order Express may be contacted at 685 W. Ohio Street, Chicago, IL 60654.

*For New Mexico residents*, you have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act: (i) the consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information; (ii) the consumer reporting agencies may not report outdated negative information; (iii) access to your file is limited; (iv) you must give consent for credit reports to be provided to employers; (v) you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; (vi) and you may seek damages from violators. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage you to review your rights pursuant to the Fair Credit Reporting Act by visiting https://files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, FTC, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents*, the New York Attorney General may be contacted at Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Washington, D.C. residents*, the District of Columbia Attorney General may be contacted at 441 4th Street NW #1100, Washington, D.C. 20001; 202-727-3400, and https://oag.dc.gov/consumer-protection. Order Express may be contacted at 685 W. Ohio Street, Chicago, IL 60654.



P.O. Box 989728
West Sacramento, CA 95798-9728

Para inscribirse, llame al:
1-833-896-6512
O visite:
https://app.idx.us/account-creation/protect
Código de inscripción: <<Enrollment Code>>

15 de diciembre de 2022

**<<Aviso de filtración de datos>>**

Estimado(a) <<First Name>> <<Last Name>>:

Order Express, Inc. ("Order Express") le escribe para notificarle un incidente que puede afectar la privacidad de cierta información que nos proporcionó. Tomamos este incidente con seriedad y le brindamos información acerca de este, nuestra respuesta y los recursos que ponemos a su disposición por precaución.

**¿Qué ocurrió?** El 7 de septiembre de 2022, descubrimos actividad inusual en nuestra red informática e inmediatamente comenzamos una investigación, que incluyó trabajar con especialistas externos. La investigación determinó que un desconocido accedió a partes de nuestra red informática sin autorización entre el 29 de julio de 2022 y el 7 de septiembre de 2022. Por lo tanto, llevamos a cabo una revisión de nuestra red para determinar el tipo de información que contenía y con quién estaba relacionada. El 18 de noviembre de 2022, concluimos nuestra revisión y comenzamos a confirmar la información de las direcciones correspondientes a las personas posiblemente afectadas.

**¿Qué información se vio comprometida?** La información identificada en nuestra revisión incluía información de identificación que usted nos proporcionó, incluso su nombre en combinación con uno o más de los siguientes datos: <<Compromised Data Elements Specific to Letter Recipient>>.

**¿Qué estamos haciendo?** En respuesta a este incidente, llevamos a cabo una investigación y tomamos medidas adicionales para proteger aún más nuestra red. Además, por precaución, le ofrecemos acceso a <<12/24>> meses de servicios gratuitos de monitoreo de crédito y protección de identidad.

**¿Qué puede hacer?** Le sugerimos que se inscriba en los servicios de monitoreo de crédito y protección de identidad que ponemos a su disposición sin costo alguno. Puede encontrar adjunta la información sobre cómo inscribirse en estos servicios y los recursos adicionales disponibles para usted incluidos en el adjunto *Medidas que puede tomar para ayudar a proteger su información*.

**Para obtener más información.** Si tiene preguntas sobre este asunto, hemos establecido una línea de asistencia exclusiva, a la que puede comunicarse al 1-833-896-6512, de lunes a viernes, de 8 a. m. a 8 p. m., hora del centro. También puede escribirnos a 685 W. Ohio Street, Chicago, IL 60654.

Lamentamos sinceramente cualquier preocupación que este incidente pueda causarle. La privacidad y seguridad de la información es importante para nosotros, y continuaremos tomando medidas para proteger la información que tenemos en nuestro poder.

Atentamente,

Order Express, Inc.

## MEDIDAS QUE PUEDE TOMAR PARA AYUDAR A PROTEGER SU INFORMACIÓN

**Inscríbase en los servicios de Monitoreo de crédito/Protección de identidad**

**1**. **Sitio web e inscripción.** Ingrese en https://app.idx.us/account-creation/protect, siga las instrucciones para la inscripción y utilice el Código de inscripción que se encuentra en la parte superior de la carta. La fecha límite para inscribirse es el 15 de marzo de 2023.

**2. Activación del monitoreo de crédito** proporcionado como parte de su membresía de protección de identidad de IDX. El monitoreo incluido en la membresía debe estar activado para que funcione. Nota: Debe tener crédito establecido y acceso a una computadora e Internet para usar este servicio. Si necesita ayuda, IDX podrá ayudarle.

**3. Teléfono.** Para inscribirse por teléfono u obtener información adicional sobre este asunto y hablar con un representante experto sobre las medidas apropiadas a seguir para proteger su identidad crediticia, comuníquese con IDX al 1-833-896-6512.

**Supervise sus cuentas**

Le sugerimos que permanezca atento a los incidentes de robo de identidad y fraude al revisar los informes crediticios/extractos de las cuentas en busca de actividades sospechosas y para detectar errores. Según la ley de los EE. UU., usted tiene derecho a solicitar un informe de crédito gratuito por año de cada una de las tres principales agencias de informes crediticios: Equifax, Experian y TransUnion. Para solicitar su informe de crédito gratuito, visite www.annualcreditreport.com o llame al 1-877-322-8228. Una vez que reciba su informe de crédito, revíselo en busca de discrepancias e identifique cualquier cuenta que no haya abierto o consultas de acreedores que no haya autorizado. Si tiene preguntas o detecta información incorrecta, comuníquese con la oficina de informes crediticios.

Tiene derecho a implementar una "alerta de fraude" inicial o extendida en un expediente de crédito sin costo alguno. Una alerta de fraude inicial es una alerta de un año que se coloca en el expediente de crédito del consumidor. Al ver una alerta de fraude, la empresa debe tomar medidas para verificar la identidad del consumidor antes de extender un nuevo crédito. Si es víctima de robo de identidad, tiene derecho a una alerta de fraude extendida, que dura siete años. Si desea implementar una alerta de fraude, comuníquese con cualquiera de las tres agencias de informes crediticios que se enumeran a continuación.

Como alternativa a una alerta de fraude, tiene derecho a implementar un "congelamiento de crédito" en un informe crediticio, lo que prohibirá que una agencia de crédito divulgue la información sin su autorización expresa. El congelamiento de crédito está diseñado para evitar que se aprueben créditos, préstamos y servicios a su nombre sin su consentimiento. Sin embargo, debe tener en cuenta que el uso de un congelamiento de crédito puede retrasar, prohibir o interferir en la aprobación oportuna de cualquier solicitud que realice con respecto a un nuevo préstamo, crédito, hipoteca o cualquier otra cuenta que involucre la extensión de crédito. De conformidad con la ley federal, no se le puede cobrar por implementar o levantar un congelamiento de crédito en su informe crediticio. Si desea solicitar un congelamiento de crédito, deberá proporcionar la siguiente información:

1. Nombre completo (incluida la inicial del segundo nombre, así como Jr., Sr., III, etc.).
2. Número de Seguro Social.
3. Fecha de nacimiento.
4. Domicilio en los últimos dos a cinco años.
5. Comprobante de domicilio, como una factura actual de servicios públicos o de teléfono.
6. Fotocopia legible de una tarjeta de identificación emitida por el gobierno (por ejemplo, licencia de conducir estatal o tarjeta de identificación).
7. Copia de la denuncia policial, el informe de la investigación o el reclamo ante una agencia del orden público en relación con el robo de identidad si es una víctima de este delito.

Si desea implementar un congelamiento de crédito o alerta de fraude, comuníquese con las tres principales agencias de informes crediticios que se enumeran a continuación:

| | | |
|---|---|---|
| **TransUnion**<br>1-800-680-7289<br>www.transunion.com<br><br>**TransUnion Fraud Alert**<br>P.O. Box 2000<br>Chester, PA 19016-2000<br><br>**TransUnion Credit Freeze**<br>P.O. Box 160<br>Woodlyn, PA 19094 | **Experian**<br>1-888-397-3742<br>www.experian.com<br><br>**Experian Fraud Alert**<br>P.O. Box 9554<br>Allen, TX 75013<br><br>**Experian Credit Freeze**<br>P.O. Box 9554<br>Allen, TX 75013 | **Equifax**<br>1-888-298-0045<br>www.equifax.com<br><br>**Equifax Fraud Alert**<br>P.O. Box 105069<br>Atlanta, GA 30348-5069<br><br>**Equifax Credit Freeze**<br>P.O. Box 105788<br>Atlanta, GA 30348-5788 |

**Información adicional**

Puede obtener más información sobre robo de identidad, alertas de fraude, congelamiento de crédito y las medidas que puede tomar para proteger su información personal a través de las oficinas de informes al consumidor, la Comisión Federal de Comercio (Federal Trade Commission, FTC) o el Fiscal General de su estado. La FTC también recomienda a quienes descubran que se ha hecho un uso indebido de su información que presenten un reclamo. Se puede comunicar con la FTC en 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); y TTY: 1-866-653-4261.

Tiene derecho a presentar una denuncia policial si sufre robo de identidad o fraude. Tenga en cuenta que, para presentar una denuncia ante las autoridades policiales por robo de identidad, es probable que tenga que aportar alguna prueba de que ha sido víctima de ello. Los casos de robo de identidad conocidos o sospechosos también se deben denunciar ante las autoridades policiales, el Fiscal General de su estado y la FTC. Las autoridades policiales no han aplazado este aviso.

*Los residentes de Maryland* pueden comunicarse con el Fiscal General de Maryland en 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-888-743-0023; y en www.oag.state.md.us. Se puede comunicar con Order Express en 685 W. Ohio Street, Chicago, IL 60654.

*Los residentes de Nuevo México* tienen derechos en virtud de la Ley de Informes de Crédito Justos, como el derecho a ser informado si los datos de su expediente de crédito han sido utilizados en su contra, a saber, lo que contiene su expediente de crédito, solicitar su puntaje de crédito y disputar información incompleta o inexacta. Además, de conformidad con la Ley de Informes de Crédito Justos: (i) las agencias de informes de los consumidores deben corregir o eliminar la información inexacta, incompleta o no verificable; (ii) las agencias de informes de los consumidores no pueden informar sobre información negativa desactualizada; (iii) el acceso a su expediente está limitado; (iv) usted debe dar su consentimiento para que los informes de crédito sean proporcionados a los empleadores; (v) usted puede limitar las ofertas de crédito y de seguro "preseleccionadas" que reciba en función de la información que figura en su informe de crédito; (vi) y usted puede reclamar a los infractores por daños. Es posible que tenga otros derechos en virtud de la Ley de Informes de Crédito Justos que no se resumen aquí. Las víctimas del robo de identidad y el personal militar en servicio activo tienen derechos adicionales específicos conforme a la Ley de Informes de Crédito Justos. Le sugerimos que revise sus derechos en virtud de la Ley de Informes de Crédito Justos en https://files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, o bien, escriba a Consumer Response Center, Room 130-A, FTC, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*Los residentes de Nueva York*, pueden comunicarse con el Fiscal General de Nueva York en la Oficina del Fiscal General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; o en https://ag.ny.gov.

*Los residentes de Carolina del Norte*, pueden comunicarse con el Fiscal General de Carolina del Norte en 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 o 1-919-716-6000; y en www.ncdoj.gov.

*Los residentes de Washington, DC*, pueden comunicarse con el Fiscal General del Distrito de Columbia en 441 4th Street NW #1100, Washington, D.C. 20001; 202-727-3400, y en https://oag.dc.gov/consumer-protection. Se puede comunicar con Order Express en 685 W. Ohio Street, Chicago, IL 60654.