# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC FLORENCE and AISHA BUNDAGE, | : | |
| Plaintiffs, | : | Case No. 1:22-cv-7210 |
| v. | : | **JOINT NOTICE OF SETTLEMENT** |
| ORDER EXPRESS, INC., | : | |
| Defendant. | : | Hon. Virginia M. Kendall |
| | : | Magistrate Judge Hon. Maria Valdez |

## JOINT NOTICE OF SETTLEMENT

Notice is hereby given that Plaintiffs Eric Florence and Aisha Bundage ("Plaintiffs") and Defendant Order Express, Inc. ("Defendant") (together with Plaintiffs, the "Parties"), have reached a settlement in principle. The Parties are in the process of preparing a written settlement agreement and anticipate filing the appropriate preliminary approval papers within the next forty-five (45) days. Therefore, the Parties request that the Court vacate all other deadlines, without prejudice, in this matter based on the Parties' settlement in principle and set a deadline for the motion for preliminary approval to be filed by April 22, 2024.

Dated: March 11, 2024

Respectfully Submitted,

/s/ *Jill H. Fertel*
Jill H. Fertel, Esquire
**CIPRIANI & WERNER, P.C.**
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2024 the Joint Notice of Settlement was filed with the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Jill H. Fertel*
Jill H. Fertel, Esquire