## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eric Florence, et al.

                    Plaintiff,

v.                                                  Case No.: 1:22–cv–07210

                                                     Honorable Virginia M. Kendall

Order Express, Inc.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Joint Notice of Settlement [40], briefing schedule set in Minute Entry [38] is vacated without prejudice. Motion for Preliminary Approval shall be filed by 4/22/2024. Status hearing set for 4/24/2024 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.