# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eric Florence, et al.

                    Plaintiff,

v.                                               Case No.: 1:22–cv–07210
                                                     Honorable Virginia M. Kendall

Order Express, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 6/20/2024 via Webex. Plaintiffs' Unopposed Motion for Preliminary Approval and Direct Notice of Proposed Settlement to the Class [50] is granted. Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.