**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ERIC FLORENCE and AISHA BUNDAGE, | Case No. 1:22-CV-07210 |
| on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| ORDER EXPRESS, INC., | |
| Defendant. | |

I, Jonathan P Shaffer, hereby declare the following pursuant to 28 U.S.C. §1746:

1. I am a Project Manager with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action and I have personal knowledge of the facts set forth herein.

2. The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion to effectuate Notice in the above-captioned case pursuant to the Class Action Settlement Agreement that was filed with the Court on June 18, 2024 ("Settlement Agreement") and the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval and to Direct Notice of Proposed Settlement to the Class filed on June 20, 2024 ("Order").

3. Angeion was appointed by the Parties to serve as the Claims Administrator to, among other tasks, disseminate Notice to the Settlement Class; establish and maintain a dedicated Settlement website and toll-free line; and perform other duties as specified in the Settlement Agreement that this Court preliminarily approved on June 20, 2024.

## DIRECT NOTICE

**Class Data**

4.      On June 26, 2024, Defendant's counsel provided Angeion with an electronic file containing records of Class Member names and mailing addresses. After analyzing the data and removing duplicative records, Angeion identified 63,004 unique Class Members. Of these, 62,939 records had actionable mailing addresses.

**Mailed Notice**

5.      On July 12, 2024, Angeion caused the double postcard Notice to be mailed to the 62,939 Class Member records. A true and correct copy of the double postcard Notice is attached hereto as **Exhibit A**.

6.      Prior to Mailing, Angeion caused the mailing list to be updated utilizing the United States Postal Service's ("USPS") National Change of Address database, which provides updated address information for individuals or entities that have moved during the previous four years and filed a change of address with the USPS.

7.      As of November 11, 2024, Angeion has received 11,298 notices that were returned by the USPS as undeliverable. Angeion conducted an address verification search (commonly referred to as "skip traces") in an attempt to locate updated address information for any Notices returned by the USPS as undeliverable. Angeion was able to locate updated addresses for 8,615 Class Members and remailed notices to these updated addresses.

## CASE SPECIFIC WEBSITE AND TOLL-FREE HOTLINE

8.      On July 12, 2024, Angeion established the following website devoted to this Settlement: www.OrderExpressDataSettlement.com ("Settlement Website"). The Settlement Website contains general information about the Settlement, including answers to frequently asked questions, important dates and deadlines pertinent to this matter, and copies of important documents. Visitors to the Settlement Website can view or download: (1) the Claim Form, (2) the Settlement Agreement, (3) the Preliminary Approval Order, (4) and the Class Action Complaint, among other documents. In addition, the Long Form Notice can be viewed or downloaded from the Settlement Website in both English and

Spanish. The Settlement Website also has a "Contact Us" page whereby Class Members can find the toll-free number for the Settlement: 1-833-302-0502. The Settlement Website address and Toll Free Number were set forth in the Notice. A true and correct copies of the Long Form Notices are attached hereto as **Exhibit B**.

9.      As of November 11, 2024, the Settlement Website had approximately 4,710 page views and approximately 2,811 sessions, which represents the number of individual sessions initiated by all users on the website.

10.     On July 12, 2024, Angeion established the following toll-free line dedicated to this case: 1-833-302-0502. The toll-free line utilized an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and information about filing a claim and important deadline dates. The toll-free line remains accessible 24 hours a day, 7 days a week.

11.     As of November 11, 2024, the toll-free number has received approximately 548 calls, totaling 2,042 minutes.

## CLAIM FORMS

12.     The deadline for members of the Settlement Class to submit a Claim Form was October 18, 2024.

13.     As of November 11, 2024, Angeion has received approximately 586 Online Claim Form submissions and 1,267 Paper Claim Form submissions. These Claim Form submissions are still subject to final audits, including a final assessment of each claim's validity and a review for duplicate submissions.

## REQUESTS FOR EXCLUSION AND OBJECTIONS TO THE SETTLEMENT

14.     The deadline for members of the Settlement Class to request exclusion from the Settlement was September 18, 2024. As of November 11, 2024, Angeion has not received any requests for Exclusion from the Settlement.

15.     The deadline for Class Members to Object to the Settlement was September 18, 2024. As of November 11, 2024, Angeion has not received and has not been made aware of any Objections to the Settlement.

16.     As of November 11, 2024, Angeion has incurred approximately $72,980.69 in administration expenses. Angeion estimates it will incur an additional $20,277.00 in administration costs through completion of the administration as called for in the Settlement Agreement. In total, Angeion estimates the overall administration expenses for this matter will be approximately $93,257.69.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2024

_____

Jonathan P. Shaffer

# Exhibit A



PHILADELPHIA PA 19103-9996
SUITE 2210
1650 ARCH STREET
C/O CLAIMS ADMINISTRATOR
BUNDAGE, ET AL. V. ORDER EXPRESS, INC

POSTAGE WILL BE PAID BY ADDRESSEE

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. ▇     PHILADELPHIA, PA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

A proposed Settlement has been reached in a class action lawsuit titled, *Bundage, et al. v. Order Express, Inc.*, No. 1:22-cv-07210 (N.D. Ill.) (the "Lawsuit"). The lawsuit asserts claims against Order Express related to a ransomware attack about which Order Express notified potentially impacted individuals in December 2022 (the "Ransomware Attack"). Order Express denies all of the claims and denies that it did anything wrong.

**Who is Included? Records indicate that you may be a member of the Settlement Class.** The Settlement Class is defined by the Court as individual U.S. residents to whom Order Express sent notice of the Ransomware Attack on or about December 15, 2022.

**What does the Settlement Provide?** The proposed Settlement would create a Settlement Fund of $1,500,000.00 that would be used to pay all costs of the Settlement, including: (1) reimbursement for Ordinary Out-of-Pocket Losses; (2) reimbursement for Extraordinary Losses and Attested Time; (3) Residual Cash Payments; (4) 5 years of identity theft protection and credit monitoring services; (5) notice and administration costs; (6) a service award payment, as may be approved by the Court (up to $2,500.00); and (7) attorneys' fees and expenses (up to $500,000), as may be awarded by the Court. The Settlement also releases all claims or potential claims of Settlement Class Members against Order Express arising from or related to the Ransomware Attack, as detailed in the Class Settlement Agreement and Release.

**How To Get Benefits:** Settlement Class Members who submit valid claims and any required documentation may receive one or more of the following, to be paid from the Settlement Fund: (1) **a Residual Cash Payment of up to $550.00**, (2) Reimbursement of Ordinary Out-of-Pocket Losses up to $500 per individual, (3) Reimbursement of Extraordinary Losses up to $6,500 per individual, including Attested Time for up to 10 hours of time spent remedying issues related to the Ransomware Attack at a rate of $30 per hour, and (4) 5 years of identity theft protection and credit monitoring services. Depending on how many valid claims are submitted, the amounts of the reimbursements, Attested Time payments, and Residual Cash Payments will be adjusted upward (to the maximum amounts described above) or downward proportionally among Settlement Class Members submitting valid claims. Claim Forms must be postmarked or submitted online at **www.OrderExpressDataSettlement.com** by **October 18, 2024**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **September 18, 2024.** If you do not exclude yourself, you will give up any right to sue Order Express for the claims that this Settlement resolves as more fully described in the Settlement Agreement, available at the Settlement website. If you do not exclude yourself, you may object to the Settlement by **September 18, 2024.**

The Court has scheduled a Final Fairness Hearing in this case for **November 25, 2024 at 9:30 a.m.**, to decide whether to approve the Settlement. The Court will consider whether the Settlement is fair, reasonable, and adequate. If there are timely objections, the Court will consider them and will listen to people who have been properly requested to speak at the hearing. You or your own lawyer may attend and ask to appear at the hearing, but you are not required to do so. The hearing could reschedule to a different date or time, so please check the Settlement website for those details.

**More Information.** Complete information about your rights and options, as well as important documents (including the Settlement Agreement) are available at **www.OrderExpressDataSettlement.com**. You may also call toll-free 1-833-302-0502.



**ORDER EXPRESS
RANSOMWARE ATTACK
CLAIM FORM**



NOTICE ID:

**INSTRUCTIONS:** Complete this Claim Form if you wish to receive a **Residual Cash Payment of up to $550 and/or Identity Theft Protection and Credit Monitoring Services**. If you wish to submit a claim for reimbursement for Ordinary Out-of-Pocket Losses or Extraordinary Losses (including Attested Time), visit **www.OrderExpressDataSettlement.com** to submit your Claim Form and supporting documentation online. You can also download a Claim Form from the Settlement Website to complete and submit by mail.

**Residual Cash Payment of up to $550.00**
☐　Check this box if you want to receive a Residual Cash Payment of up to $550.00.
Claims for Residual Cash Payments will be **increased to a maximum of $550 or decreased *pro rata*** to consume the remaining amount of the Settlement Fund after payment for other claims and expenses.

**Select from one of the following payment methods if you are requesting the Residual Cash Payment:**
☐ PayPal　☐ Venmo　☐ Zelle　☐ Virtual Prepaid Card　☐ Check

Please provide the email address and/or phone number associated with your PayPal, Venmo, or Zelle account, or an email address for the Virtual Prepaid card: _____ and/or ___ ___ ___ -___ ___ ___ -___ ___ ___ ___

**Identity Theft Protection and Credit Monitoring Services**
☐　Check this box and provide your email address if you want to receive five (5) years of identity theft protection and credit monitoring services. Credit monitoring codes will be sent separately after the Court grants final approval of the Settlement.

Email Address: _____

**Verification & Signature:** I swear under penalty of perjury under the laws of the United States that the information in this Claim Form is true and correct to the best of my knowledge and belief.

Signature: _____　Printed Name: _____　Date: _____

**Legal Notice**

**If you are an individual U.S. resident to whom Order Express, Inc. ("Order Express") sent notice of a Ransomware Attack on or about December 15, 2022, a class action settlement may affect your rights.**

*The United States District Court for the Northern District of Illinois has authorized this Notice.*

*This is not a solicitation from a lawyer.*

Visit **www.OrderExpressDataSettle ment.com** or call Toll-Free 1-833-302-0502 for more information about your legal rights and options, including how to submit a Claim Form, Request Exclusion from the Settlement, or Object to the Settlement.



CONFIRMATION CODE:

NOTICE ID:

Postal Service: Please do not mark barcode



*Electronic Service Requested*

Bundage, et al. v. Order Express, Inc.
c/o Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
LANSDALE, PA
PERMIT NO

# Exhibit B

**NOTICE OF CLASS ACTION SETTLEMENT**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
*Aisha Bundage, et al. v. Order Express, Inc.,* Case No. 1:22-cv-07210

**To:** All individual U.S. residents to whom Order Express, Inc. ("Order Express") sent notice, on or about December 15, 2022, that their information may have been impacted in a Ransomware Attack, defined below.

A proposed settlement has been reached in a class action lawsuit titled, *Bundage, et al. v. Order Express, Inc.*, No. 1:22-cv-07210 (N.D. Ill.) (the "Lawsuit"). The Lawsuit asserts claims against Order Express related to a ransomware attack about which Order Express notified potentially impacted individuals in December 2022 (the "Ransomware Attack"). Order Express denies all of the claims and denies that it did anything wrong.

The settlement offers potential cash payments, reimbursements, and identity-theft protection and credit monitoring service to all individual U.S. residents to whom Order Express sent notice, on or about December 15, 2022, that their information may have been impacted in the Ransomware Attack ("Settlement Class Members"), as follows:

(1)  **A Residual Cash Payment of up to $550.00**.  Claims for Residual Cash Payments of a maximum value of $550 will be decreased *pro rata* to consume the remaining amount of the Settlement Fund after payment for Claims for Ordinary Out-of-Pocket Losses, Claims for Extraordinary Losses and Attested Time, costs of Credit Monitoring Services, notice and administration costs, service award payments approved by the Court, and attorneys' fees and expenses awarded by the Court,

(2)  Reimbursement of Ordinary Out-of-Pocket Losses up to $500 per individual for unreimbursed costs, losses, or expenditures incurred in responding to notice of the Ransomware Attack that were incurred between July 29, 2022 and the Claims Deadline (***Documentation Required***),

(3)  Reimbursement of Extraordinary Losses up to $6,500 per individual for unreimbursed costs, losses, or expenditures that are fairly traceable to the Ransomware Attack and not reimbursable as Ordinary Out-of-Pocket Losses (***Documentation Required***),

(4)  Settlement Class Members with valid, documented Extraordinary Losses may also submit a claim for up to 10 hours of time spent remedying issues related to the Ransomware Attack at a rate of $30 per hour by providing an attestation and a brief description of: (1) the actions taken in response to the Ransomware Attack; and (2) the time associated with each action ("Attested Time"), and/or

(5)  Five (5) years of identity theft protection and credit monitoring services.

**Settlement Class Members must submit a Claim Form to be eligible to receive these benefits.**

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

1

If you are a Settlement Class Member, your options are:

| YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM FORM** | You must submit a valid claim form to receive a payment from this Settlement. | **OCTOBER 18, 2024** |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | You may exclude yourself from this settlement and keep your right to sue separately. If you exclude yourself, you receive no payment. Exclusion instructions are provided in this Notice. | **SEPTEMBER 18, 2024** |
| **OBJECT TO THE SETTLEMENT** | If you do not exclude yourself, you may write to the Court to comment on or detail why you do not like the settlement by following the instructions in this Notice. The Court may reject your objection. You must still file a claim if you desire any monetary relief under the settlement. | **SEPTEMBER 18, 2024** |
| **DO NOTHING** | You will receive no payment and will no longer be able to sue Order Express over the claims resolved in the settlement. | |

The Court must give final approval to the settlement before it takes effect but has not yet done so. No payments will be made until after the Court gives final approval and any appeals are resolved.

**Please review this Notice carefully.** You can learn more about the settlement by visiting **www.OrderExpressDataSettlement.com** or by calling **1-833-302-0502**.

### Further Information about this Notice and the Lawsuits

*1.      Why was this Notice issued?*

Settlement Class Members are eligible to receive payment from a proposed settlement of the Lawsuit. The Court overseeing the Lawsuit authorized this Notice to advise Settlement Class Members about the proposed settlement that will affect their legal rights. This Notice explains certain legal rights and options Settlement Class Members have in connection with the settlement.

*2.      What is the Lawsuit about?*

The Lawsuit is a proposed class action lawsuit brought on behalf of certain Order Express customers whose information may have been accessed and exfiltrated by unauthorized individuals as part of the Ransomware Attack. The affected information may include name, Social Security, and driver's license number.

The Lawsuit claims Order Express is legally responsible for the Ransomware Attack and asserts various legal claims, including negligence, breach of implied contract, declaratory judgment, and violation of California's Consumer Privacy Act.  Order Express denies these claims and denies that it did anything wrong.

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

2

**3.     Why is the Lawsuit a class action?**

In a class action, one or more representative plaintiffs bring a lawsuit on behalf of others who have similar claims. Together, all of these people are the "class" and each individually is a "class member." There is one Representative Plaintiff in this case: Aisha Bundage. The class in this case is referred to in this Notice as the "Settlement Class."

**4.     Why is there a settlement?**

The Representative Plaintiff in the Lawsuit, through her attorneys, investigated the facts and law relating to the issues in the Lawsuit. The Representative Plaintiff and Class Counsel believe that the settlement is fair, reasonable, and adequate and will provide substantial benefits to the Settlement Class. The Court has not decided whether the Representative Plaintiff's claims or Order Express's defenses have any merit, and it will not do so if the proposed settlement is approved. By agreeing to settle, both sides avoid the cost and risk of a trial, and people who submit valid claims will receive compensation. The settlement does not mean that Order Express did anything wrong, or that the Representative Plaintiff and the Class would or would not win their case if it were to go to trial.

### Terms of the Proposed Settlement

**5.     Who is in the Settlement Class?**

The Settlement Class is defined by the Court as all individual U.S. residents to whom Order Express sent notice of the Ransomware Attack.  Excluded from the Settlement Class are: (1) the Judge and Magistrate Judge presiding over the Lawsuits, any members of the Judges' respective staffs, and immediate members of the Judges' respective families; (2) officers, directors, members and shareholders of Order Express; (3) persons who timely and validly request exclusion from and/or opt-out of the Settlement Class and the successors and assigns of any such excluded persons; and (4) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity or occurrence of the Ransomware Attack or who pleads nolo contendere to any such charge.

**6.     What are the terms of the settlement?**

The proposed settlement would create a Settlement Fund of $1,500,000.00 that would be used to pay all costs of the settlement, including: (i) payments to Settlement Class Members who submit valid claims, (ii) costs of administration and notice (approximately $90,765), (iii) any attorneys' fees and costs awarded by the Court to Class Counsel (up to $500,000), and (iv) any service award to the Representative Plaintiff awarded by the Court (up to $2,500 total). The settlement also releases all claims or potential claims of Settlement Class Members against Order Express arising from or related to the Ransomware Attack, as detailed in the Class Settlement Agreement and Release.

**7.     What claims are Settlement Class Members giving up under the settlement?**

Settlement Class Members who do not validly exclude themselves from the settlement will be bound by the Class Settlement Agreement and Release and any final judgment entered by the Court, and will give up their right to sue Order Express and other Released Persons (as defined in the Settlement Agreement) for the claims being resolved by the settlement, including all claims or potential claims of Settlement Class Members against Order Express and other Released Persons arising from or related to the Ransomware Attack. The claims that Settlement Class Members are releasing are described in Section 6.1 of the Class

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

3

Action Settlement Agreement and Release and the persons and entities being released from those claims are described in Section 1.24 of the Class Action Settlement Agreement and Release. Section 9.1 of the Class Settlement Agreement and Release explains when such releases will occur.

### Payments to Settlement Class Members

| 8. What kind of payments can Settlement Class Members receive? |
| --- |

Settlement Class Members who submit valid claims and any required documentation may receive one or more of the following, to be paid from the Settlement Fund:

(1) **a Residual Cash Payment of up to $550,**

(2) Reimbursement of Ordinary Out-of-Pocket Losses up to $500 per individual for unreimbursed costs, losses, or expenditures incurred in responding to notice of the Ransomware Attack that were incurred between July 29, 2022, and the Claims Deadline,

(3) Reimbursement of Extraordinary Losses up to $6,500 per individual for unreimbursed costs, losses, or expenditures that are fairly traceable to the Ransomware Attack and not reimbursable as Ordinary Out-of-Pocket Losses,

(4) Settlement Class Members with valid, documented Extraordinary Losses may also submit a claim for up to 10 hours of time spent remedying issues related to the Ransomware Attack at a rate of $30 per hour by providing an attestation and a brief description of: (1) the actions taken in response to the Ransomware Attack; and (2) the Attested Time associated with each action, and/or

(5) Five years of identity theft protection and credit monitoring services.

Depending on how many valid claims are submitted, the amounts of the reimbursements, Attested Time payments, and Residual Cash Payments will be adjusted upward or downward proportionally among Settlement Class Members submitting valid claims, as explained further below in Question 12.

| 9. What is the Residual Cash Payment? |
| --- |

**Every Settlement Class Member is eligible to receive a Residual Cash Payment of up to $550**, regardless of whether he or she experienced any unauthorized charges or identifiable losses related to the Ransomware Attack. Settlement Class Members seeking a Residual Cash Payment must provide the information required on the Claim Form. The Residual Cash Payment is subject to upward (to a maximum of $550) or downward adjustment as described below in Question 12.

Eligibility for any award, including the Residual Cash Payment, is within the discretion of the Claims Administrator as outlined in Paragraph 16.

| 10. What is Reimbursement for Ordinary Out-of-Pocket Losses? |
| --- |

Settlement Class Members who incurred unreimbursed costs, losses, or expenditures in responding to notice of the Ransomware Attack between July 29, 2022, and the Claims Deadline may be eligible to receive a reimbursement for these costs, losses, or expenditures.

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

4

Ordinary Out-of-Pocket Losses may include, without limitation, the following: (1) costs associated with accessing or freezing/unfreezing credit reports with any credit reporting agency; (2) other miscellaneous expenses incurred related to any Ordinary Out-of- Pocket Loss such as notary, fax, postage, copying, mileage, and long-distance telephone charges; and (3) credit monitoring or other mitigative costs.

If it is verified that a Settlement Class Member meets all the criteria described in the Settlement Agreement, and they submit proof of their unreimbursed costs, losses, and expenditures and the dollar amount of those costs, losses, and expenditures, they will be eligible to receive reimbursement of up to $500.00.

Documentation supporting Ordinary Out-of-Pocket Losses can include receipts or other documentation not "self-prepared" that documents the costs incurred. "Self-prepared" documents, such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| 11. | What is Reimbursement for Extraordinary Losses? |

Settlement Class Members who incurred unreimbursed costs, losses, or expenditures that are fairly traceable to the Ransomware Attack and not reimbursable as Ordinary Out-of-Pocket Losses may be eligible to receive a reimbursement for these costs, losses or expenditures.

Extraordinary Losses will be deemed "fairly traceable" to the Ransomware Attack if (1) the timing of the cost or expenditure occurred on or after July 29, 2022; and (2) the personal information used to commit identity theft or fraud consisted of the same type of personal information that was provided to Order Express prior to the Ransomware Attack.

Extraordinary Losses may include, without limitation, the unreimbursed costs, losses, or expenditures incurred as a result of identity theft or identity fraud, falsified tax returns, or other possible misuse of your personal information.

If it is verified that a Settlement Class Member meets all the criteria described in the Settlement Agreement, and they submit proof of their unreimbursed costs, losses, and expenditures and the dollar amount of those unreimbursed costs, losses, and expenditures, they will be eligible to receive reimbursement of your documented unreimbursed costs, losses, and expenditures of up to $6,500.00.

Documentation supporting Extraordinary Losses can include receipts or other documentation not "self-prepared" that documents the unreimbursed costs, losses, or expenditures incurred. "Self-prepared" documents, such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| 12. | When and how will the amount of settlement payments be adjusted? |

If the aggregate amount of approved Claims for Ordinary Out-of-Pocket Losses and approved Claims for Extraordinary Losses and Attested Time exceeds the remaining amount of the Settlement Fund after payment for costs of Credit Monitoring Services, notice and administration costs, service award payments approved by the Court, and attorneys' fees and expenses awarded by the Court, approved Claims for Ordinary Out-of-Pocket Losses and approved Claims for Extraordinary Losses and Attested Time will be decreased *pro rata* to consume the remaining amount of the Settlement Fund.

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

5

Claims for Residual Cash Payments will be increased *pro rata* to a maximum of $550 or decreased *pro rata* to consume the remaining amount of the Settlement Fund after payment for approved Claims for Ordinary Out-of-Pocket Losses, approved Claims for Extraordinary Losses and Attested Time, costs of Credit Monitoring Services, notice and administration costs, service award payments approved by the Court, and attorneys' fees and expenses awarded by the Court.

| 13. | *What happens after all claims are processed and there are funds remaining?* |
|---|---|

If there are any funds remaining after all valid claims are processed and the time to cash any payment checks has passed, those funds shall be distributed as directed by the Court, including potential distribution to a charitable organization. No remaining funds will be returned to Order Express.

### Your Options as a Settlement Class Member

| 14. | *If I am a Settlement Class Member, what options do I have?* |
|---|---|

If you are a Settlement Class Member, you do not have to do anything to remain in the settlement. **However, if you wish to seek an award under the settlement, you <u>must</u> complete and submit a Claim Form postmarked or submitted online at <u>www.OrderExpressDataSettlement.com</u> by October 18, 2024**.

If you do not want to give up your right to sue Order Express about the Ransomware Attack or the issues raised in this case, you must exclude yourself (or "opt out") from the Settlement Class. See Question 18 below for instructions on how to exclude yourself.

If you wish to object to the settlement, you must remain a Settlement Class Member (*i.e.*, you may not also exclude yourself from the Settlement Class by opting out) and submit a written objection. See Question 21 below for instructions on how to submit an objection.

| 15. | *What happens if I do nothing?* |
|---|---|

If you do nothing, you will get no award from this settlement. Unless you exclude yourself, after the settlement is granted final approval and the judgment becomes final, you will be bound by the judgment and you will never be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Order Express and other Released Persons related to the claims released by the settlement.

| 16. | *How do I submit a claim?* |
|---|---|

You may complete the Claim Form online at **www.OrderExpressDataSettlement.com**. You may also obtain a paper Claim Form by downloading it at **www.OrderExpressDataSettlement.com** or by calling the claims administrator at **1-833-302-0502**. If you choose to complete a paper Claim Form, you may either submit the completed and signed Claim Form and any supporting materials electronically at **info@OrderExpressDataSettlement.com** or mail them to:

Order Express Claims Administrator
Attn: Claim Forms
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

If you **<u>do not</u>** wish to make a Claim for Reimbursement of Ordinary Out-of-Pocket Losses, Reimbursement of Extraordinary Losses, or Attested Time, but you **<u>do</u>** wish to make a claim for a Residual

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

6

Cash Payment and/or Credit Monitoring Services, you may fill out and return the "tear off" claim form attached to the mailed notice of this settlement, for which the postage is prepaid.

| 17. | *Who decides my settlement claim and how do they do it?* |
|---|---|

The Claims Administrator will decide whether a Claim Form is complete and valid and includes all required documentation. The Claims Administrator may require additional information from any claimant. Failure to timely provide all required information will invalidate a claim and it will not be paid.

| 18. | *How do I exclude myself from the settlement?* |
|---|---|

To opt out of the settlement you must make a signed, written request that (i) says you wish to exclude yourself from the Settlement Class in this Lawsuit, and (ii) includes your name, address and phone number. You must submit your request by mail to this address:

Order Express Claims Administrator
Attn: Exclusions
P.O. Box 58220
Philadelphia, PA 19102

Your request for exclusion must be postmarked by **September 18, 2024**.

| 19. | *If I exclude myself, can I receive any payment from this settlement?* |
|---|---|

No. If you exclude yourself, you will not be entitled to any award. However, you will also not be bound by any judgment in this Lawsuit.

| 20. | *If I do not exclude myself, can I sue Order Express for the Ransomware Attack later?* |
|---|---|

No. Unless you exclude yourself, you give up any right to sue Order Express and other Released Persons for the claims that this settlement resolves. You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you exclude yourself, do not submit a Claim Form requesting payment.

| 21. | *How do I object to the settlement?* |
|---|---|

All Settlement Class Members who do not request exclusion from the Settlement Class have the right to object to the settlement or any part of it. You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed settlement must be in writing and it, along with any supporting papers, must be mailed to the Clerk of the Court, Settlement Class Counsel and Order Express's Counsel, at the mailing addresses listed below. Your objection must be filed or postmarked no later than the objection deadline, **September 18, 2024**:

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

7

| Court |
|---|
| Office of the Clerk<br>U.S. District Court for the Northern District of Illinois<br><br>Clerk's Office<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |

| Order Express's Counsel | |
|---|---|
| Jill Heather Fertel<br>**Cipriani & Werner, P.C.**<br>450 Sentry Parkway<br>Suite 200<br>Blue Bell, PA 19442 | Robert J. Bates, Jr.<br>**BatesCarey LLP**<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 |

| Settlement Class Counsel | |
|---|---|
| Patrick A. Barthle II<br>**Morgan & Morgan**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602 | Ryan D. Maxey<br>**Maxey Law Firm, P.A.**<br>107 N. 11th St. #402<br>Tampa, Florida 33602 |

To be considered by the Court, your objection must list the name of the Lawsuit pending in the Northern District of Illinois: *Bundage, et al. v. Order Express, Inc.*, No. 1:22-cv-07210 (N.D. Ill.), and include all of the following information: (i) the name or caption of this Litigation; (ii) the objector's full name, address, telephone number, and e-mail address (if any); (iii) information identifying the objector as a Settlement Class Member, including proof that the objector is a member of the Settlement Class; (iv) a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable; (v) the identity of all counsel representing the objector; (vi) a statement whether the objector and/or his or her counsel will appear at the Final Fairness Hearing; (vii) a statement identifying all class action settlements objected to by the objector in the previous 5 years; and (viii) the objector's signature and the signature of the objector's duly authorized attorney or other duly authorized representative, if any.

If you submit a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

## Court Approval of the Settlement

| 22. | *How, when and where will the Court decide whether to approve the settlement?* |
|---|---|

The Court will hold a Final Approval Hearing to decide whether to approve the settlement. That hearing is scheduled for **November 25, 2024 at 9:30 a.m.** at the Dirksen U.S. Courthouse, 219 S. Dearborn Street, Room 2503 Chicago, IL 60604. Please visit the Court's website at https://www.ilnd.uscourts.gov/ for current information regarding courthouse access and court hearings. At the Final Approval Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are timely objections, the Court will consider them and will listen to people who have properly requested to speak at the hearing. The Court may also consider Settlement Class Counsel's request for attorneys' fees and costs, and the

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

8

request for a service award for the Representative Plaintiff. After the hearing, the Court will decide whether to approve the settlement.

It is possible the Court could reschedule the hearing to a different date or time without notice, so it is a good idea before the hearing to check https://www.ilnd.uscourts.gov/ or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system to confirm the schedule if you wish to attend.

| 23. | Do I have to attend the hearing? |
| --- | --- |

No. You do not need to attend the hearing unless you object to the settlement and wish to appear in person. It is not necessary to appear in person in order to make an objection; the Court will consider any written objections properly submitted according to the instructions in Question 21. You or your own lawyer are welcome to attend the hearing at your expense but are not required to do so.

| 24. | What happens if the Court approves the settlement? |
| --- | --- |

If the Court approves the settlement and no appeal is taken, the Settlement Fund will be fully funded. The Claims Administrator will pay any attorneys' fees and costs award and any Representative Plaintiff's service award from the Settlement Fund. Then, within the later of 60 days after the Effective Date or 30 days after all disputed claims have been resolved, the Claims Administrator will send settlement payments to Settlement Class Members who submitted timely and valid Settlement Claims.

If any appeal is taken, it is possible the settlement could be disapproved on appeal.

| 25. | What happens if the Court does not approve the settlement? |
| --- | --- |

If the Court does not approve the settlement, no Settlement Fund will be created, there will be no settlement payments to Settlement Class Members, Settlement Class Counsel or the Representative Plaintiff, and the case will proceed as if no settlement had been attempted.

### Lawyers for the Settlement Class and Order Express

| 26. | Who represents the Settlement Class? |
| --- | --- |

The Court has appointed the following Class Counsel to represent the Settlement Class in this Lawsuit:

| Patrick A. Barthle II | Ryan D. Maxey |
| --- | --- |
| **MORGAN & MORGAN** | **MAXEY LAW FIRM, P.A.** |
| 201 N. Franklin Street, 7th Floor | 107 N. 11th St. #402 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| (813) 559-4908 | (813) 448-1125 |
| pbarthle@forthepeople.com | ryan@maxeyfirm.com |

Settlement Class Members will not be charged for the services of Settlement Class Counsel; Settlement Class Counsel will be paid out of the Settlement Fund, subject to Court approval. However, you may hire your own attorney at your own cost to advise you in this matter or represent you in making an objection or appearing at the Final Approval Hearing.

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

9

| 27. | *How will the lawyers for the Settlement Class be paid?* |

Settlement Class Counsel will request the Court's approval of an award for attorneys' fees and reasonable costs and expenses (up to $500,000), which shall be paid from the Settlement Fund. Settlement Class Counsel will also request approval of a service award of $2,500 to the Representative Plaintiff, which shall also be paid from the Settlement Fund.

| 28. | *Who represents Order Express in the Lawsuit?* |

Order Express is represented by the following lawyers:

| Jill Heather Fertel<br>**Cipriani & Werner, P.C.**<br>450 Sentry Parkway<br>Suite 200<br>Blue Bell, PA 19442 | Robert J. Bates, Jr.<br>**BatesCarey LLP**<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 |
|---|---|

## For Further Information

| 29. | *What if I want further information or have questions?* |

This Notice summarizes the proposed settlement. For the precise terms and conditions of the settlement, please see the Class Action Settlement Agreement and Release available at **www.OrderExpressDataSettlement.com**, by contacting Settlement Class Counsel at the phone numbers provided in response to Question 26 above, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system or by visiting the Clerk's Office, Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 between 8:00 a.m. and 5:00 p.m., Monday through Friday, excluding Court holidays.

You can also contact the Claims Administrator by mail, email, by calling toll-free:

Order Express Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**www.OrderExpressDataSettlement.com**
info@OrderExpressDataSettlement.com
1-833-302-0502

### Please do not contact the Court, the Clerk, or the Defendant to inquire about the Settlement.

Questions? Visit **www.OrderExpressDataSettlement.com** or Call Toll-Free **1-833-302-0502**

10

**NOTIFICACIÓN DEL ACUERDO DE DEMANDA COLECTIVA**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS, DISTRITO NORTE DE ILLINOIS

*Aisha Bundage, et al. contra Order Express, Inc.,* Caso N.° 1:22-cv-07210

**Para:** **Todas las personas residentes de EE. UU. a quienes Order Express, Inc. ("Order Express") envió una notificación, el 15 de diciembre de 2022 o alrededor de esa fecha, de que su información puede haberse visto afectada por un ataque de cibersecuestro de datos, definido a continuación.**

Se ha llegado a un acuerdo propuesto en una demanda colectiva titulada, *Bundage, et al. contra Order Express, Inc.*, N.° 1:22-cv-07210 (N.D. Ill.) (la "Demanda"). La demanda hace valer reclamaciones contra Order Express relacionadas con un ataque de cibersecuestro de datos sobre el que Order Express notificó a las personas potencialmente afectadas en diciembre de 2022 (el "Ataque de cibersecuestro de datos"). Order Express niega todas las reclamaciones y niega haber hecho algo malo.

El acuerdo ofrece posibles pagos en efectivo, reembolsos y protección contra el robo de identidad y servicio de monitoreo de crédito a todas las personas residentes de EE. UU. a quienes Order Express envió una notificación, el 15 de diciembre de 2022 o alrededor de esa fecha, de que su información puede haberse visto afectada por el Ataque de cibersecuestro de datos ("Miembros del grupo del acuerdo"), de la siguiente manera:

(1) **Un pago residual en efectivo de hasta $550.00.** Las reclamaciones por pagos residuales en efectivo de un valor máximo de $550 se disminuirán *proporcionalmente* para consumir el monto restante del fondo del acuerdo después del pago de las reclamaciones por pérdidas ordinarias en efectivo, reclamaciones por pérdidas extraordinarias y tiempo acreditado, costos de servicios de monitoreo de crédito, costos de notificación y administración, pagos de adjudicación de servicios aprobados por el Tribunal, y los honorarios y gastos de abogados adjudicados por el Tribunal,

(2) reembolso de pérdidas ordinarias en efectivo de hasta $500 por persona por costos, pérdidas o gastos no reembolsados incurridos en respuesta a la notificación del ataque de cibersecuestro de datos en los que se incurrió entre el 29 de julio de 2022 y la fecha límite de las reclamaciones (*se requiere documentación*),

(3) reembolso de pérdidas extraordinarias de hasta $6,500 por persona por costos, pérdidas o gastos no reembolsados que sean razonablemente atribuibles al ataque de cibersecuestro de datos y no reembolsables como pérdidas ordinarias en efectivo (*se requiere documentación*),

(4) Los miembros del grupo del acuerdo con pérdidas extraordinarias válidas y documentadas también pueden presentar una reclamación por hasta 10 horas de tiempo dedicadas a solucionar problemas relacionados con el ataque de cibersecuestro de datos a una tarifa de $30 por hora proporcionando una declaración y una breve descripción de: (1) las acciones tomadas en respuesta al ataque de cibersecuestro de datos; y (2) el tiempo asociado con cada acción ("Tiempo acreditado"), y/o

(5) cinco (5) años de protección contra robo de identidad y servicios de monitoreo de crédito.

**Los miembros del grupo del acuerdo deben presentar un formulario de reclamación para ser elegibles para recibir estos beneficios.**

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

Si usted es miembro del grupo del acuerdo, sus opciones son:

| SUS DERECHOS Y OPCIONES LEGALES | | FECHA LÍMITE |
|---|---|---|
| **ENVIAR UN FORMULARIO DE RECLAMACIÓN.** | Debe presentar un formulario de reclamación válido para recibir un pago de este acuerdo. | **18 DE OCTUBRE DE 2024.** |
| **EXCLUIRSE DEL ACUERDO.** | Puede excluirse de este acuerdo y conservar su derecho a demandar por separado. Si se excluye, no recibe ningún pago. Las instrucciones de exclusión se proporcionan en esta notificación. | **18 DE SEPTIEMBRE DE 2024.** |
| **OBJETAR EL ACUERDO.** | Si no se excluye, puede escribir al Tribunal para comentar o detallar por qué no le gusta el acuerdo siguiendo las instrucciones de esta notificación. El Tribunal puede rechazar su objeción. De todos modos, debe presentar una reclamación si desea alguna compensación monetaria en virtud del acuerdo. | **18 DE SEPTIEMBRE DE 2024.** |
| **NO HACER NADA.** | No recibirá ningún pago y ya no podrá demandar a Order Express por las reclamaciones resueltas en el acuerdo. | |

El Tribunal debe dar la aprobación final al acuerdo antes de que entre en vigor, pero aún no lo ha hecho. No se realizarán pagos hasta después de que el Tribunal dé la aprobación final y se resuelvan las apelaciones.

**Lea esta notificación cuidadosamente.** Puede obtener más información sobre el acuerdo visitando **www.OrderExpressDataSettlement.com** o llamando al **1-833-302-0502**.

**Más información sobre esta notificación y las demandas**

| *1. ¿Por qué se emitió esta notificación?* |
|---|

Los miembros del grupo del acuerdo son elegibles para recibir el pago de un acuerdo propuesto de la demanda. El Tribunal que supervisa la demanda autorizó esta notificación para asesorar a los miembros del grupo del acuerdo sobre el acuerdo propuesto que afectará sus derechos legales. Esta notificación explica ciertos derechos y opciones legales que tienen los miembros del grupo del acuerdo en relación con el acuerdo.

| *2. ¿De qué se trata la demanda?* |
|---|

La demanda es una demanda colectiva propuesta presentada en nombre de ciertos clientes de Order Express cuya información puede haber sido accedida y exfiltrada por personas no autorizadas como parte del ataque de cibersecuestro de datos. La información afectada puede incluir el nombre, el número de seguro social y el número de licencia de conducir.

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

2

La demanda afirma que Order Express es legalmente responsable del ataque de cibersecuestro de datos y hace valer varias reclamaciones legales, incluida la negligencia, el incumplimiento del contrato implícito, la sentencia declaratoria y la infracción de la Ley de Privacidad del Consumidor de California (California's Consumer Privacy Act). Order Express niega estas reclamaciones y niega haber hecho algo malo.

| 3. | ¿Por qué la demanda es una demanda colectiva? |
|---|---|

En una demanda colectiva, uno o más demandantes representantes interponen una demanda en nombre de otras personas que tienen reclamaciones similares. Juntas, todas estas personas son el "colectivo" y cada una individualmente es un "miembro del colectivo". Hay una demandante representante en este caso: Aisha Bundage. En este caso, se hace referencia al colectivo en esta notificación como el "grupo del acuerdo".

| 4. | ¿Por qué hay un acuerdo? |
|---|---|

La demandante representante en la demanda, a través de sus abogados, investigó los hechos y la ley relacionados con los asuntos en la demanda. La demandante representante y los abogados del grupo creen que el acuerdo es justo, razonable y adecuado y proporcionará beneficios sustanciales al grupo del acuerdo. El Tribunal no ha decidido si las reclamaciones de la demandante representante o las defensas de Order Express tienen algún mérito, y no lo hará si se aprueba el acuerdo propuesto. Al aceptar llegar a un acuerdo, ambas partes evitan el costo y el riesgo de un juicio, y las personas que presenten reclamaciones válidas recibirán una compensación. El acuerdo no significa que Order Express haya hecho algo malo, o que la demandante representante y el grupo ganarían o no su caso si fuera a juicio.

### Términos del acuerdo propuesto

| 5. | ¿Quiénes forman parte del grupo del acuerdo? |
|---|---|

El Tribunal define el grupo del acuerdo como todas las personas residentes de EE. UU. a quienes Order Express envió una notificación del ataque de cibersecuestro de datos. Quedan excluidos del grupo del acuerdo: (1) el juez y el juez magistrado que presiden las demandas, cualquier miembro del personal respectivo de los jueces y los miembros inmediatos de las respectivas familias de los jueces; (2) funcionarios, directores, miembros y accionistas de Order Express; (3) las personas que soliciten oportuna y válidamente la exclusión y/o no participación del grupo del acuerdo y los sucesores y cesionarios de dichas personas excluidas; y (4) cualquier persona declarada culpable por un tribunal de jurisdicción competente en virtud del derecho penal de iniciar, causar, ayudar o instigar la actividad delictiva o la ocurrencia del ataque de cibersecuestro de datos o que se declare nolo contendere a dicho cargo.

| 6. | ¿Cuáles son los términos del acuerdo? |
|---|---|

El acuerdo propuesto crearía un fondo del acuerdo de $1,500,000.00 que se utilizaría para pagar todos los costos del acuerdo, incluidos: (i) los pagos a los miembros del grupo del acuerdo que presenten reclamaciones válidas, (ii) costos de administración y notificación (aproximadamente $90,765), (iii) honorarios de abogados y costos otorgados por el Tribunal a los abogados del grupo (hasta $500,000), y (iv) cualquier adjudicación de servicios a la demandante representante otorgada por el Tribunal (hasta $2,500 en total). El acuerdo también libera todas las reclamaciones o posibles reclamaciones de los miembros del grupo del acuerdo contra Order Express que surjan de o estén relacionadas con el ataque de cibersecuestro de datos, tal como se detalla en el acuerdo del grupo y la exoneración.

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

| *7.* | *¿A qué reclamaciones renuncian los miembros del grupo del acuerdo en virtud del acuerdo?* |
|---|---|

Los miembros del grupo del acuerdo que no se excluyan válidamente del acuerdo estarán obligados por el acuerdo del grupo y la exoneración y cualquier sentencia final dictada por el Tribunal, y renunciarán a su derecho a demandar a Order Express y otras personas exoneradas (según se define en el acuerdo) por las reclamaciones que se resuelven en el acuerdo, incluidas todas las reclamaciones o posibles reclamaciones de los miembros del grupo del acuerdo contra Order Express y otras personas exoneradas que surjan de o estén relacionadas con el ataque de cibersecuestro de datos. Las reclamaciones que los miembros del grupo del acuerdo están exonerando se describen en la sección 6.1 del acuerdo del grupo y exoneración de la demanda colectiva, y las personas y entidades que quedan exoneradas de esas reclamaciones se describen en la sección 1.24 del acuerdo del grupo y exoneración de la demanda colectiva. La sección 9.1 del acuerdo del grupo y exoneración explica cuándo se producirán dichas exoneraciones.

**Pagos a los miembros del grupo del acuerdo**

| *8.* | *¿Qué tipo de pagos pueden recibir los miembros del grupo del acuerdo?* |
|---|---|

Los miembros del grupo del acuerdo que presenten reclamaciones válidas y cualquier documentación requerida pueden recibir una o más de las siguientes cantidades, que se pagarán con cargo al fondo del acuerdo:

(1) **un pago residual en efectivo de hasta $550,**

(2) reembolso de pérdidas ordinarias en efectivo de hasta $500 por persona por costos, pérdidas o gastos no reembolsados incurridos en respuesta a la notificación del ataque de cibersecuestro de datos en los que se incurrió entre el 29 de julio de 2022 y la fecha límite de reclamaciones,

(3) reembolso de pérdidas extraordinarias de hasta $6,500 por persona por costos, pérdidas o gastos no reembolsados que son razonablemente atribuibles al ataque de cibersecuestro de datos y no reembolsables como pérdidas ordinarias en efectivo,

(4) los miembros del grupo del acuerdo con pérdidas extraordinarias válidas y documentadas también pueden presentar una reclamación por hasta 10 horas de tiempo dedicadas a solucionar problemas relacionados con el ataque de cibersecuestro de datos a una tarifa de $30 por hora proporcionando una declaración y una breve descripción de: (1) las acciones tomadas en respuesta al ataque de cibersecuestro de datos; y (2) el tiempo acreditado asociado con cada acción, y/o

(5) cinco años de protección contra el robo de identidad y servicios de monitoreo de crédito.

Dependiendo de la cantidad de reclamaciones válidas que se presenten, los montos de los reembolsos, los pagos por tiempo acreditado y los pagos residuales en efectivo se ajustarán al alza o a la baja proporcionalmente entre los miembros del grupo del acuerdo que presenten reclamaciones válidas, como se explica más adelante en la pregunta 12.

| *9.* | *¿Qué es el pago residual en efectivo?* |
|---|---|

**Cada miembro del grupo del acuerdo es elegible para recibir un pago residual en efectivo de hasta $550**, independientemente de si experimentó cargos no autorizados o pérdidas identificables relacionadas con el ataque de cibersecuestro de datos. Los miembros del grupo del acuerdo que deseen un pago residual

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

4

en efectivo deben proporcionar la información requerida en el formulario de reclamación. El pago residual en efectivo está sujeto a un ajuste al alza (hasta un máximo de $550) o a la baja, como se describe a continuación en la pregunta 12.

La elegibilidad para cualquier adjudicación, incluido el pago residual en efectivo, queda a discreción del administrador de reclamaciones, como se describe en el párrafo 16.

---

**10.    ¿Qué es el reembolso por pérdidas ordinarias en efectivo?**

---

Los miembros del grupo del acuerdo que incurrieron en costos, pérdidas o gastos no reembolsados al responder a la notificación del ataque de cibersecuestro de datos entre el 29 de julio de 2022 y la fecha límite de reclamaciones pueden ser elegibles para recibir un reembolso por estos costos, pérdidas o gastos.

Las pérdidas ordinarias en efectivo pueden incluir, sin limitación, lo siguiente: (1) costos asociados con el acceso o congelación/descongelación de informes crediticios con cualquier agencia de informes crediticios; (2) otros gastos varios incurridos relacionados con cualquier pérdida ordinaria en efectivo, como gastos de notario, fax, franqueo, fotocopias, kilometraje y cargos telefónicos de larga distancia; y (3) monitoreo de crédito u otros costos mitigantes.

Si se verifica que un miembro del grupo del acuerdo cumple con todos los criterios descritos en el acuerdo, y presenta pruebas de sus costos, pérdidas y gastos no reembolsados y el monto en dólares de esos costos, pérdidas y gastos, será elegible para recibir un reembolso de hasta $500.00.

La documentación que respalda las pérdidas ordinarias en efectivo puede incluir recibos u otra documentación que no haya sido "preparada por uno mismo" y que documente los costos incurridos. Los documentos "autopreparados", como los recibos escritos a mano, son, por sí mismos, insuficientes para recibir el reembolso, pero se puede considerar que añaden claridad o apoyo a otra documentación presentada.

---

**11.    ¿Qué es el reembolso por pérdidas extraordinarias?**

---

Los miembros del grupo del acuerdo que incurrieron en costos, pérdidas o gastos no reembolsados que son razonablemente atribuibles al ataque de cibersecuestro de datos y no reembolsables como pérdidas ordinarias en efectivo pueden ser elegibles para recibir un reembolso por estos costos, pérdidas o gastos.

Las pérdidas extraordinarias se considerarán "razonablemente atribuibles" al ataque de cibersecuestro de datos si (1) el momento del costo o gasto ocurrió a partir del 29 de julio de 2022; y (2) la información personal utilizada para cometer robo de identidad o fraude consistía en el mismo tipo de información personal que se proporcionó a Order Express antes del ataque de cibersecuestro de datos.

Las pérdidas extraordinarias pueden incluir, sin limitación, los costos, pérdidas o gastos no reembolsados incurridos como resultado de robo de identidad o fraude de identidad, declaraciones de impuestos falsificadas u otro posible uso indebido de su información personal.

Si se verifica que un miembro del grupo del acuerdo cumple con todos los criterios descritos en el acuerdo, y presenta pruebas de sus costos, pérdidas y gastos no reembolsados y el monto en dólares de esos costos, pérdidas y gastos no reembolsados, será elegible para recibir el reembolso de sus costos, pérdidas y gastos documentados no reembolsados de hasta $6,500.00.

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

5

La documentación que respalda las pérdidas extraordinarias puede incluir recibos u otra documentación que no haya sido "preparada por uno mismo" y que documente los costos, pérdidas o gastos no reembolsados incurridos. Los documentos "autopreparados", como los recibos escritos a mano, son, por sí mismos, insuficientes para recibir el reembolso, pero se puede considerar que añaden claridad o apoyo a otra documentación presentada.

| 12. | *¿Cuándo y cómo se ajustará el monto de los pagos del acuerdo?* |
|---|---|

Si el monto total de las reclamaciones aprobadas por pérdidas ordinarias en efectivo y las reclamaciones por pérdidas extraordinarias y tiempo acreditado aprobadas excede el monto restante del fondo del acuerdo después del pago de los costos de los servicios de monitoreo de crédito, los costos de notificación y administración, los pagos de adjudicación de servicios aprobados por el Tribunal y los honorarios y gastos de abogados otorgados por el Tribunal, las reclamaciones aprobadas por pérdidas ordinarias en efectivo y las reclamaciones por pérdidas extraordinarias y tiempo acreditado aprobadas se disminuirán *proporcionalmente* para consumir el monto restante del fondo del acuerdo.

Las reclamaciones por pagos residuales en efectivo se incrementarán *proporcionalmente* hasta un máximo de $550 o se disminuirán *proporcionalmente* para consumir el monto restante del fondo del acuerdo después del pago de las reclamaciones aprobadas por pérdidas ordinarias en efectivo, las reclamaciones aprobadas por pérdidas extraordinarias y el tiempo acreditado, los costos de los servicios de monitoreo de crédito, los costos de notificación y administración, los pagos de adjudicación de servicios aprobados por el Tribunal, y los honorarios y gastos de abogados adjudicados por el Tribunal.

| 13. | *¿Qué sucede después de que se procesan todas las reclamaciones y quedan fondos?* |
|---|---|

Si quedan fondos después de que se procesen todas las reclamaciones válidas y haya pasado el tiempo para cobrar los cheques de pago, esos fondos se distribuirán según lo indique el Tribunal, incluida la posible distribución a una organización benéfica. Los fondos restantes no se devolverán a Order Express.

### Sus opciones como miembro del grupo del acuerdo

| 14. | *Si soy miembro del grupo del acuerdo, ¿qué opciones tengo?* |
|---|---|

Si usted es miembro del grupo del acuerdo, no tiene que hacer nada para permanecer en el acuerdo. **Sin embargo, si desea solicitar una indemnización en virtud del acuerdo, <u>debe</u> completar y enviar un formulario de reclamación con matasellos o en línea en www.OrderExpressDataSettlement.com antes del 18 de octubre de 2024**.

Si no desea renunciar a su derecho a demandar a Order Express por el ataque de cibersecuestro de datos o los problemas planteados en este caso, debe excluirse (u "optar por no participar") del grupo del acuerdo. Consulte la pregunta 18 a continuación para obtener instrucciones sobre cómo excluirse.

Si desea objetar el acuerdo, debe seguir siendo miembro del grupo del acuerdo (*es decir*, no puede excluirse también del grupo del acuerdo al optar por no participar) y presentar una objeción por escrito. Consulte la pregunta 21 a continuación para obtener instrucciones sobre cómo presentar una objeción.

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

6

| 15. | *¿Qué pasa si no hago nada?* |
|---|---|

Si no hace nada, no recibirá ninguna indemnización de este acuerdo. A menos que se excluya, después de que se otorgue la aprobación final del acuerdo y la sentencia se convierta en definitiva, usted estará obligado por la sentencia y nunca podrá iniciar una demanda, continuar con una demanda o ser parte de cualquier otra demanda contra Order Express y otras personas exoneradas relacionadas con las reclamaciones exoneradas por el acuerdo.

| 16. | *¿Cómo presento una reclamación?* |
|---|---|

Puede completar el formulario de reclamación en línea en **www.OrderExpressDataSettlement.com**. También puede obtener un formulario de reclamación impreso descargándolo en **www.OrderExpressDataSettlement.com** o llamando al administrador de reclamaciones al **1-833-302-0502**. Si elige completar un formulario de reclamación en papel, puede enviarlo completado y firmado y cualquier material de respaldo electrónicamente a **info@OrderExpressDataSettlement.com** o enviarlos por correo postal a:

Order Express Claims Administrator
Attn: Claim Forms
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Si **no** desea presentar una reclamación de reembolso de pérdidas ordinarias en efectivo, reembolso de pérdidas extraordinarias o tiempo acreditado, pero **sí** desea presentar una reclamación por un pago residual en efectivo y/o servicios de monitoreo de crédito, puede completar y devolver el formulario de reclamación "desprendible" adjunto a la notificación enviada por correo de este acuerdo, cuyo franqueo está pagado por adelantado.

| 17. | *¿Quién decide mi reclamación de indemnización y cómo lo hacen?* |
|---|---|

El administrador de reclamaciones decidirá si un formulario de reclamación está completo y es válido e incluye toda la documentación requerida. El administrador de reclamaciones puede requerir información adicional de cualquier reclamante. Si no se proporciona a tiempo toda la información requerida, se invalidará una reclamación y no se pagará.

| 18. | *¿Cómo me excluyo del acuerdo?* |
|---|---|

Para optar por no participar en el acuerdo, debe presentar una solicitud escrita y firmada que (i) diga que desea excluirse del grupo del acuerdo en esta demanda, e (ii) incluya su nombre, dirección y número de teléfono. Debe enviar su solicitud por correo postal a esta dirección:

Order Express Claims Administrator
Attn: Exclusions
P.O. Box 58220
Philadelphia, PA 19102

Su solicitud de exclusión debe tener matasellos del **18 de septiembre de 2024**.

| 19. | *Si me excluyo, ¿puedo recibir algún pago de este acuerdo?* |
|---|---|

No. Si se excluye, no tendrá derecho a indemnización alguna. Sin embargo, usted tampoco estará obligado por ninguna sentencia en esta demanda.

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

**20.      Si no me excluyo, ¿puedo demandar a Order Express por el ataque de cibersecuestro de datos más adelante?**

No. A menos que se excluya, renuncia a cualquier derecho a demandar a Order Express y a otras personas exoneradas por las reclamaciones que resuelva este acuerdo. Debe excluirse del grupo de acuerdo para iniciar su propia demanda o para ser parte de cualquier demanda diferente relacionada con las reclamaciones en este caso. Si se excluye, no envíe un formulario de reclamación solicitando el pago.

**21.      ¿Cómo me opongo al acuerdo?**

Todos los miembros del grupo del acuerdo que no soliciten la exclusión del grupo tienen derecho a objetar el acuerdo o cualquier parte del mismo. Puede pedirle al Tribunal que deniegue la aprobación presentando una objeción. No puede pedirle al Tribunal que ordene un acuerdo diferente; el Tribunal solo puede aprobar o rechazar el acuerdo. Si el Tribunal niega la aprobación, no se enviarán los pagos del acuerdo y la demanda continuará. Si eso es lo que quiere que suceda, debe oponerse.

Cualquier objeción al acuerdo propuesto debe hacerse por escrito y, junto con los documentos de respaldo, debe enviarse por correo al secretario del Tribunal, al abogado del grupo del acuerdo y al  abogado de Order Express, a las direcciones postales que se indican a continuación. Su objeción debe presentarse o tener matasellos a más tardar en la fecha límite de objeción, el **18 de septiembre de 2024**:

| Tribunal | |
|---|---|
| Office of the Clerk<br>U.S. District Court for the Northern District of Illinois<br><br>Clerk's Office<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | |
| **Abogado de Order Express** | |
| Jill Heather Fertel<br>**Cipriani & Werner, P.C.**<br>450 Sentry Parkway<br>Suite 200<br>Blue Bell, PA 19442 | Robert J. Bates, Jr.<br>**BatesCarey LLP**<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 |
| **Abogado del grupo del acuerdo** | |
| Patrick A. Barthle II<br>**Morgan & Morgan**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602 | Ryan D. Maxey<br>**Maxey Law Firm, P.A.**<br>107 N. 11th St. #402<br>Tampa, Florida 33602 |

Para ser considerada por el Tribunal, su objeción debe incluir el nombre de la demanda pendiente en el Distrito Norte de Illinois: *Bundage, et al. v. Order Express, Inc.*, No. 1:22-cv-07210 (N.D. Ill.), e incluir toda la información siguiente: (i) el nombre o título de este litigio; (ii) el nombre completo, la dirección, el número de teléfono y la dirección de correo electrónico del objetor (si corresponde); (iii) información que identifique al objetor como miembro del grupo del acuerdo, incluida la prueba de que el objetor es miembro del grupo del acuerdo; (iv) una declaración escrita de todos los motivos de la objeción, acompañada de cualquier apoyo legal para la objeción que el objetor considere aplicable; (v) la identidad

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

de todos los abogados que representan al objetor; (vi) una declaración de si el objetor y/o su abogado comparecerán en la audiencia final de imparcialidad; (vii) una declaración que identifique todos los acuerdos de la demanda colectiva objetados por el objetor en los 5 años anteriores; y (viii) la firma del objetor y la firma del abogado debidamente autorizado del objetor u otro representante debidamente autorizado, si lo hubiere.

Si presenta una objeción por escrito a tiempo, puede, pero no está obligado a, comparecer en la audiencia de aprobación final, ya sea en persona o a través de su propio abogado. Si comparece a través de su propio abogado, usted es responsable de contratar y pagarle a ese abogado.

### Aprobación del acuerdo por parte del Tribunal

| 22. | ¿Cómo, cuándo y dónde decidirá el Tribunal si aprueba el acuerdo? |
|---|---|

El Tribunal llevará a cabo una audiencia de aprobación final para decidir si aprueba el acuerdo. Esa audiencia está programada para el **25 de noviembre de 2024 a las 9:30 a. m.** en el Palacio de justicia Dirksen U.S., 219 S. Dearborn Street, sala 2503 Chicago, IL 60604. Visite el sitio web del Tribunal en https://www.ilnd.uscourts.gov/ para obtener información actualizada sobre el acceso a los juzgados y las audiencias judiciales. En la audiencia de aprobación final, el Tribunal considerará si el acuerdo es justo, razonable y adecuado. Si hay objeciones oportunas, el Tribunal las considerará y escuchará a las personas que hayan solicitado hablar en la audiencia. El Tribunal también puede considerar la solicitud del abogado del grupo del acuerdo de honorarios y costos de abogados, y la solicitud de una adjudicación de servicios para la demandante representante. Después de la audiencia, el Tribunal decidirá si aprueba el acuerdo.

Es posible que el Tribunal pueda reprogramar la audiencia para una fecha u hora diferente sin previo aviso, por lo que es una buena idea verificar antes de la audiencia en https://www.ilnd.uscourts.gov/ o acceder al expediente del Tribunal en este caso, previo pago, a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal (Court's Public Access to Court Electronic Records, PACER) para confirmar el horario si desea asistir.

| 23. | ¿Tengo que asistir a la audiencia? |
|---|---|

No. No es necesario que asista a la audiencia a menos que se oponga al acuerdo y desee comparecer en persona. No es necesario comparecer en persona para presentar una objeción; el Tribunal considerará cualquier objeción escrita presentada correctamente de acuerdo con las instrucciones de la pregunta 21. Usted o su propio abogado pueden asistir a la audiencia a su cargo, pero no están obligados a hacerlo.

| 24. | ¿Qué sucede si el Tribunal aprueba el acuerdo? |
|---|---|

Si el Tribunal aprueba el acuerdo y no se presenta ninguna apelación, el fondo del acuerdo estará totalmente financiado. El administrador de reclamaciones pagará los honorarios y costos de los abogados y cualquier adjudicación por servicios de la demandante representante del fondo del acuerdo. Luego, dentro de los 60 días posteriores a la fecha de entrada en vigencia o 30 días después de que se hayan resuelto todas las reclamaciones en disputa, el administrador de reclamaciones enviará los pagos del acuerdo a los miembros del grupo del acuerdo que presentaron reclamaciones oportunas y válidas.

Si se presenta alguna apelación, es posible que el acuerdo sea rechazado en la apelación.

| 25. | ¿Qué sucede si el Tribunal no aprueba el acuerdo? |
|---|---|

Si el Tribunal no aprueba el acuerdo, no se creará ningún fondo del acuerdo, no habrá pagos del acuerdo a los miembros del grupo del acuerdo, a los abogados del grupo del acuerdo o a la demandante representante, y el caso procederá como si no se hubiera intentado llegar a un acuerdo.

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

9

**Abogados del grupo del acuerdo y Order Express**

| 26. | ¿Quién representa al grupo del acuerdo? |
|---|---|

El Tribunal ha designado a los siguientes abogados del grupo para representar al grupo del acuerdo en esta demanda:

| | |
|---|---|
| Patrick A. Barthle II<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813) 559-4908<br>pbarthle@forthepeople.com | Ryan D. Maxey<br>**MAXEY LAW FIRM, P.A.**<br>107 N. 11th St. #402<br>Tampa, Florida 33602<br>(813) 448-1125<br>ryan@maxeyfirm.com |

No se cobrará a los miembros del grupo del acuerdo por los servicios de los abogados del grupo del acuerdo; los abogados del grupo del acuerdo serán pagados con cargo al fondo del acuerdo, sujeto a la aprobación del Tribunal. Sin embargo, puede contratar a su propio abogado y correr con los gastos, para que lo asesore en este asunto o lo represente a la hora de presentar una objeción o comparecer en la audiencia de aprobación final.

| 27. | ¿Cómo se les pagará a los abogados del grupo del acuerdo? |
|---|---|

Los abogados del grupo del acuerdo solicitarán la aprobación del Tribunal de una adjudicación por honorarios de abogados y costos y gastos razonables (hasta $500,000), que se pagarán con cargo al fondo del acuerdo. Los abogados del grupo del acuerdo también solicitarán la aprobación de una adjudicación por servicio de $2,500 a la demandante representante, que también se pagará con cargo al fondo del acuerdo.

| 28. | ¿Quién representa a Order Express en la demanda? |
|---|---|

Order Express está representado por los siguientes abogados:

| | |
|---|---|
| Jill Heather Fertel<br>**Cipriani & Werner, P.C.**<br>450 Sentry Parkway<br>Suite 200<br>Blue Bell, PA 19442 | Robert J. Bates, Jr.<br>**BatesCarey LLP**<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 |

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

10

**Para más información**

| 29. | *¿Qué pasa si quiero más información o tengo preguntas?* |
|---|---|

Esta notificación resume el acuerdo propuesto. Para conocer los términos y condiciones precisos del acuerdo, consulte el acuerdo del grupo y exoneración de la demanda colectiva disponible en **www.OrderExpressDataSettlement.com**, comunicándose con los abogados del grupo del acuerdo a los números de teléfono proporcionados en respuesta a la pregunta 26 anteriormente, accediendo al expediente del Tribunal en este caso, previo pago, a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal (PACER) o visitando la Oficina del secretario, en el Palacio de Justicia Dirksen U.S., 219 S. Dearborn Street, Chicago, IL 60604 entre las 8:00 a. m. y las 5:00 p. m., de lunes a viernes, excepto los días festivos del Tribunal.

También puede comunicarse con el administrador de reclamaciones por correo postal, correo electrónico, llamando al número gratuito:

Order Express Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
**www.OrderExpressDataSettlement.com**
info@OrderExpressDataSettlement.com
1-833-302-0502

**No se comunique con el Tribunal, el secretario o el demandado para preguntar sobre el acuerdo.**

¿Preguntas? Visite **www.OrderExpressDataSettlement.com** o llame al número gratuito **1-833-302-0502**

11