**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Eric Florence, et al.
                        Plaintiff,

v.                                           Case No.: 1:22–cv–07210
                                                 Honorable Virginia M. Kendall

Order Express, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Final Fairness Hearing held on 11/25/2024 in person and via Webex. Plaintiff's Motion for Final Approval of Class Action Settlement [60] is granted. Parties advised they would provide a Proposed Order. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.